# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

| | | |
|---|---|---|
| **WILLIAM BRADLEY MOORE,** | ) | **JUDGMENT IN CASE** |
| | ) | |
| **Plaintiff,** | ) | **5:21-cv-00109-MR** |
| | ) | |
| vs. | ) | |
| | ) | |
| **STANLEY DALE CHURCH, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 7, 2023 Memorandum of Decision and Order.

November 7, 2023

_____
Katherine Hord Simon, Clerk
United States District Court